IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VIJAY CHOWDHARY,　　　　　　　　　)
MARGARET CHOWDHARY　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff(s),　　)
　　　　　　　　　　　　　　　　　)　　CIVIL ACTION
v.　　　　　　　　　　　　　　　　)　　NO.
　　　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　　　　)
RESIDENTIAL REENTRY CENTER　　　　)
OF MIAMI, FLORIDA　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant(s).　　)
　　　　　　　　　　　　　　　　　)

**COMPLAINT**

　　Plaintiff(s), VIJAY CHOWDHARY and MARGARET CHOWDHARY sue The United

States of America for the reasons set forth below:

<u>JURISDICTION, PARTIES, AND VENUE</u>

1.　This is an action brought under the Federal Tort Claims Act for personal injury arising

　　out of the negligent or wrongful acts or omissions of employees, agents, apparent agents,

　　servants or representatives of the United States Government while acting within the

　　course and scope of their employment agency, apparent agency, servitude or

　　representative capacity under circumstances where the United States of America, if or

　　private person, would be liable to the Plaintiffs under the laws of the State of Florida;

　　where the acts or omissions occurred. 28 USC § 1346(b).

2.　Jurisdiction of This Court is invoked pursuant to 28 USC § 2671 et seq.

3.　On July 13, 2017, Plaintiffs filed their administrative claim based on the facts alleged

　　herein with the appropriate federal agency, the Federal Bureau of Prisons for damages

and/or medical bills arising out of the personal injuries sustained by VIJAY

CHOWDHARY and MARGARET CHOWDHARY based on the negligence of the

United States Government employees, agents, apparent agents, servants of

representatives practicing in the course and scope of their employment at the Federal

Bureau of Prisons.

4.   Such claims were presented as required by 28 USC § 2675. On November 29th, 2017, the

Miami CCN on behalf of the Federal Bureau of Prisons acknowledged receipt of said

claim for alleged personal injury, stating that "it appears your client's claim originated

while within the custody of the residential re-entry center of Miami, Florida. Therefore,

the SF 95 and supporting documentation were forwarded to that office for review and

appropriate processing". A copy of the July 13th, 2017 SF95 and the November 29th, 2017

response thereto are attached as part of composite Exhibit A. The Residential Re-Entry

Center never responded to the Plaintiff's original July 13th, 2017 claim and now more

than six months have passed since that claim was forwarded to them.

5.   On March 19th, 2018, Plaintiff amended his administrative claim to provide a further

claim for damages based on the facts alleged herein with the appropriate federal agency,

the Federal Bureau of Prisons – for damages arising out of the personal injury sustained

by VIJAY CHOWDHARY and MARGARET CHOWDHARY based on the negligence

of the United States Government, employees, agents, apparent agents practicing in the

course and scope of their employment at the Federal Bureau of Prisons.

6.   This claim was presented as required by 28 USC § 2675 on April 20th, 2018, the Federal

Bureau of Prisons denied said claims. Copies of the amended claim and FBOP response

denying same are attached hereto as part of composite Exhibit A.

7.   It has been more than six months since the original claim was filed with the Federal

Bureau of Prisons and the Residential Re-Entry Center of Miami, Florida, which is/are

2

the appropriate federal agency(s) as required by 28 USC § 2675. The Residential Re-Entry Center of Miami, Florida has failed to respond to the aforementioned administrative claim.

8.  It has been more than the six months since the denial of Plaintiffs administrative claim by the Federal Bureau of Prisons on August 20th, 2017. Moreover, it has been less than six months since the amended claim was denied by the FBOP and or the Residential Re-Entry Center of Miami, Florida.

9.  Thus, as such both the original and amended claim, is timely filed.

<u>PARTIES</u>

10. At all times material to this complaint the Plaintiff, VIJAY CHOWDHARY was a resident of Palm Beach County, State of Florida and/or in the custody of the Federal Bureau of Prisons.

11. Plaintiff(s), VIJAY CHOWDHARY and MARGARET CHOWDHARY presently reside in Boca Raton, Palm Beach County in the Southern District of Florida. Accordingly venue is proper in the United States District Court for the Southern District of Florida pursuant to 28 USC § 1402 (b).

12. At all times material to the complaint defendant United States of America operates and controls the Federal Bureau of Prisons (hereinafter referred to as FBOP), which is charged with maintaining custody of sentenced federal prisoners in its many correctional facilities in the United States and whose officers, agents, and/or employees negligently treated Plaintiff for his injuries and/or illnesses while he was in the custody of the Federal Bureau of Prisons and during his stay in the Residential Re-Entry Center of Miami, Florida.

13. At all times material to the complaint Defendant United States of America contracted

with certain health care providers including but not limited to those who negligently

treated plaintiff while he was in the custody of Federal Bureau of Prisons and/or the

Residential Re-Entry Center of Miami, Florida.

<u>FACTS GIVING RISE TO ALL CAUSES OF ACTION</u>

14. The Plaintiff, VIJAY CHOWDHARY surrendered to Maxwell Air Force Base Camp on

July 14, 2014 and because of their failure to reportedly treat an infection, the Plaintiff

was admitted to Baptist East Hospital on August 26th, 2014.

15. The Plaintiff developed severe abdominal pain secondary to receiving a daily dose of

aspirin, rather than properly administering a protein inhibitor for his gastroesophagedal

reflux disease, gastritis, and dreadenitis and gastroparesis diagnosed in June 2014 in Boca

Raton, Florida.

16. The Plaintiff underwent an upper endoscopic procedure for these findings and the next

day and during the course of this procedure, massively aspirated his stomach contents

into his lungs causing him to go into acute respiratory distress resulting in a coma.

17. Prior to being released home on April 4, 2016, the Plaintiff developed a cold cough,

bronchitis type symptoms and started getting progressively worse; despite this problem,

no doctor or physician assistant came to see him for two weeks prior to his discharge

from custody, despite the fact the plaintiff asked the nursing staff to call for medical care.

Rather he was told by the personnel to see his own doctor upon arrival in Palm Beach

County. At that time he was short of breath on minimal exertion and had productive

purulent, sputum, and felt extremely ill.

18. When the Plaintiff arrived at the Palm Beach International Airport his breathing had

worsened since he had not been discharged with oxygen and when he arrived at the

halfway house the directors of said residence were shocked to see him in such poor

condition and had to call an ambulance to take him to Good Samaritan Hospital in Palm

Beach where he was admitted with pneumonia.

19. The Plaintiff has been extremely ill since that time and has been required to see multiple physicians and has been diagnosed with recurrent pneumonia, bronchiectasis, thyromehaly, paralysis of the right hemi-diaphragm, severe polyneuropathy, oxygen dependency, 24 hours a day on GERD and other related problems.

20. The Plaintiff has no meaningful life to live at present and is suffering to the maximum level. All of these conditions exist through the present day.

## COUNT I MEDICAL CLAIM FOR NEGLIGENCE AGAINST THE UNITED STATES OF AMERICA

21. Plaintiff alleges paragraphs one through twenty, as if fully set forth herein.

22. Defendant United States of America by and through its agents, apparent agents, employees, servants, representatives and contractors had undertaken a nondeligible duty to provide proper care to VIJAY CHOWDHARY with that level of care, skill and treatment that is recognized as acceptable and appropriate by reasonably prudent similar health care providers.

23. Notwithstanding, this nondeligible duty undertaken by defendant it breached its duty of care by engaging in the acts set forth in the proceeding adopted paragraphs, by way of negligent act or omission, by improperly treating or failing to treat the Plaintiff at all which acts or omissions fall below the accepted standards of medical care and treatment by denying the defendant medical treatment or failing to properly treat him for his medical conditions while in the custody of the Federal Bureau of Prisons and the Residential Re-Entry Center of Miami, Florida as particularly set forth above.

24. As a direct and proximate result of Defendant United States of America's action or omissions set forth above VIJAY CHOWDHARY has in the past suffered and will in the

future continue to suffer bodily injury, pain and suffering, disability, disfigurement, mental anguish, loss of capacities for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a pre-existing condition. These loses are either permanent or continuing in nature and VIJAY CHOWDHARY will continue to suffer those loses in the future.

WHEREFORE, PLAINTIFF, VIJAY CHOWDHARY, demands judgment against defendant for compensatory damages in the amount of $750,421.36, costs of this action, interest, reasonable attorney fees and such further relief as the court deems just and proper.

### COUNT II CLAIM FOR MEDICAL NEGLIGENCE AGAINST RESIDENTIAL RE-ENTRY CENTER OF MIAMI, FLORIDA

Plaintiff alleges paragraphs one through twenty as if fully set for the herein:

25. Defendant Residential Re-Entry Center of Miami, Florida by and through its agents, apparent agents, employees, servants, representatives and contractors had undertaken a nondeligible duty to provide proper care to VIJAY CHOWDHARY with that level of care, skill and treatment that is recognized as acceptable and appropriate by reasonably prudent similar health care providers.

26. Notwithstanding, this nondeligible duty undertaken by defendant it breached its duty of care by engaging in the acts set forth in the proceeding adopted paragraphs, by way of negligent act or omission, by improperly treating or failing to treat the Plaintiff at all which acts or omissions fall below the accepted standards of medical care and treatment by denying the defendant medical treatment or failing to properly treat him for his medical conditions while in the custody of the Federal Bureau of Prison and the Residential Re-Entry Center of Miami, Florida as particularly set forth above.

27. As a direct and proximate result of Defendant Residential Re-Entry Center of Miami, Florida's action or omissions set forth above VIJAY CHOWDHARY has in the past suffered and will in the future continue to suffer bodily injury, pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the employment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a pre-existing condition these loses are either permanent or continuing in nature and VIJAY CHOWDHARY will continue to suffer those loses in the future.

WHEREFORE, PLAINTIFF, VIJAY CHOWDHARY, demands judgment against defendant for compensatory damages in the amount of $750,421.36, costs of this action, interest, reasonable attorney fees and such further relief as the court deems just and proper.

## COUNT III CONSORTIUM CLAIM OF MARGARET CHOWDHARY

Plaintiff, MARGARET CHOWDHARY readopts paragraphs one through twenty seven as if factually set from herein:

28. MARGARET CHOWDHARY's claims a consortium claim derivative of her husband's claim against both the United States of America and the Residential Re-Entry Center of Miami, Florida.

29. As a direct and proximate results of either and or both of the defendants acts and omissions, and the resulting injuries of her husband, VIJAY CHOWDHARY, Plaintiff MARGARET CHOWDHARY has in the past suffered and will in the future continue to suffer mental anguish and loss of services and companionship, comfort, society and attentions of her husband. In addition, she has in the past and will in the future require medical and injury related expenses for the care and treatment of her husband VIJAY CHOWDHARY; these loses are either permanent and continuing in nature and Plaintiff

MARGARET CHOWDHARY will continue to suffer loses in the future.

WHEREFORE, PLAINTIFF, MARGARET CHOWDHARY, individually demands

judgment against either or both defendants for compensatory damages in the amount of

$750,421.36, costs of this action, interest, reasonable attorney fees and such further relief as the

court deems just and proper.

Respectfully submitted,

Michael B. Cohen, Esq.
Attorney for Plaintiffs
Michael B. Cohen, Esquire
Fla. Bar No.: 210196
Michael B. Cohen, Esq.
6400 North Andrews Avenue
Suite 505
Ft. Lauderdale, FL 33309
(T): 954-928-0059
(F): 954-928-0829
Mcohenlaw@aol.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was furnished via certified service and CMECF E-Filing to the following parties on July 19, 2018:

- United States Attorney for the Southern District of Florida, West Palm Beach Division, United States Attorney's Office, 500 S. Australian Avenue, Ste 400, West Palm Beach, FL 33401
- Civil Process Clerk, West Palm Beach Division, United States Attorney's Office, 500 S. Australian Avenue, Ste 400, West Palm Beach, FL 33401
- Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001
- Residential Reentry Center of Miami, FL, RRM Miami, 401 N. Miami Ave, Miami, FL 33128

Respectfully submitted,

/S/ Michael B. Cohen

Michael B. Cohen, Esq.
Florida Bar No: 210196
6400 North Andrews Ave
Suite 505
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Fax (954) 928-0828
e mail: mcohenlaw@aol.com

# EXHIBIT A:

First claim for Damage, Injury or Death dated
7/13/2017 mailed to Federal Bureau of Prisons

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Federal Bureau of Prisons 320 First Street NW. Washington CR 20554 | Vijay Chowdhary          Personal Representative: 10514 Stonebridge Blvd  Michael B. Cohen, Esq. Boca Raton, FL 33498    6400 North Andrews Ave, Ste 505                              Fort Lauderdale, FL 33309 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | 02/23/1945 | Married | 02/03/2016 -       04/04/2016 | Both |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Mr. Chowdhary was sentenced to a period of incarceration of 24 months in the Federal Bureau of Prisons on 7/7/14 (see judgment attached). Thereafter he became ill while in the custody of the Federal Bureau of Prisons was treated and incurred medical expenses which the Federal  Bureau has refuses to pay to date. See attached summary of expenses owed and bills incurred.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM.  IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Mr. Chowdhary suffered from a coma. paralysis from the neck down and chronic obstructive lung disease, severe nerve apathy of extremities and recurrent pneumonia which necessitated his treatment while in the custody of the Federal Bureau of Prisons.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| (see attached medical bills) | (see attached medical bills) |

12. (See instructions on reverse).           AMOUNT OF CLAIM  (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 0.00 | | 0.00 | 0.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| /s/ Vijay Chowdhary | 561-883-3350 | 07/13/2017 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance?   [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   [ ] No

Metropolitan Insurance (Car Insurance)

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   [ ] Yes   [X] No

17. If deductible, state amount.

0.00

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

None

19. Do you carry public liability and property damage insurance?   [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   [X] No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14.  Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A.  *Authority:*  The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:*  The information requested is to be used in evaluating claims.
C.  *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:*  Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

# EXHIBIT B:

Letter dated November 29, 2017 stating documents were forwarded to Miami CCM



**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Medical Center
*Consolidated Legal Center*
*3301 Leestown Road*
*Lexington, KY 40511-8799*

November 29, 2017

Michael B. Cohen, Esq.
6400 North Andrews Avenue, Ste. 505
Fort Lauderdale, FL  33309

Re:      Administrative Tort Claim
         CHOWDHARY, Vijay
         Reg. No. 03621-104

Mr. Cohen:

This will acknowledge receipt of your administrative claim for an alleged personal injury suffered while in custody of the Bureau of Prisons.

It appears that your client's claim originated while within custody of the Residential Re-entry Center of Miami, Florida.  Therefore, the SF-95 and supporting documentation were forwarded to that office for review and appropriate processing.  Should you have further questions or concerns, please direct all future inquiries to:

Miami CCM
401 N. Miami Avenue
Miami, FL  33128

Sincerely,

Joshua C. Billings
Senior CLC Attorney
Mid-Atlantic Region

EXHIBIT C:

Second amended claim for Damage, Injury or Death
dated 3/19/2018 mailed to Miami CCM, Second
amended claim for Damage, Injury or Death dated
3/19/2018 mailed to Federal Bureau of Prisons and
all attachments sent attached with claim(s).

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Miami CCM<br>401 North Miami Avenue<br>Miami, FL 33128 for<br>US Department of Justice Federal Bureau of Prisons | Vijay Chowdhary    Personal Representative:<br>10514 Stonebridge Blvd    Michael B. Cohen, Esq.<br>Boca Raton, FL 33498    6400 North Andrews Ave, Ste 505<br>     Fort Lauderdale, FL 33309 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY   ☐ CIVILIAN | 02/23/1945 | Married | 08/26/14 through    04/04/16 | Both |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Mr. Chowdhary was sentenced to a period of incarceration of 24 months in the Federal Bureau of Prisons on 7/7/14 (see judgment attached). Thereafter he became ill while in the custody of the Federal Bureau of Prisons and was negligently treated and incurred medical expenses and personal injuries which the Federal Bureau has refuses to pay to date. The Federal Bureau of Prisons has not compensated Mr. Chowdhary for his personal injuries or for his medical bills (see attached summary of expenses owed and bills incurred). Presently Mr. Chowdhary is unable to ambulate himself and is dependent on oxygen daily.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Mr. Chowdhary suffered from a coma, paralysis from the neck down and chronic obstructive lung disease, severe nerve apathy of extremities and recurrent pneumonia due to his negligent treatment in the Federal Bureau of Prisons. He has since incurred medical bills related to these injuries.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Record custodian and doctors for entities illustrated by attached medical bills for Vijay Chowdhary | (see attached medical bills)<br>10514 Stonebridge Blvd<br>Boca Raton, FL 33498 |

12. (See instructions on reverse).    AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| 0.00 | 750,421.36 | 0.00 | 750,421.36 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| X Vijay Chowdhary | 561-883-3350 | 03/19/2018 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

Metropolitan Insurance (Car Insurance)

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [ ] Yes [X] No

17. If deductible, state amount.

0.00

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

None

19. Do you carry public liability and property damage insurance? [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [X] No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:*  The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:*  The information requested is to be used in evaluating claims.
C. *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:*  Disclosure is voluntary.  However, failure to supply the requested information or to execute your claim may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| Federal Bureau of Prisons 320 1st Street NW. Washington, DC 20534 | Vijay Chowdhary · Personal Representative: 10514 Stonebridge Blvd  Michael B. Cohen, Esq. Boca Raton, FL 33498  6400 North Andrews Ave, Ste 505 Fort Lauderdale, FL 33309 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | 02/23/1945 | Married | 08/26/14 through    04/04/16 | Both |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Mr. Chowdhary was sentenced to a period of incarceration of 24 months in the Federal Bureau of Prisons on 7/7/14 (see judgment attached). Thereafter he became ill while in the custody of the Federal Bureau of Prisons and was negligently treated and incurred medical expenses and personal injuries which the Federal Bureau has refuses to pay to date. The Federal Bureau of Prisons has not compensated Mr. Chowdhary for his personal injuries or for his medical bills (see attached summary of expenses owed and bills incurred). Presently Mr. Chowdhary is unable to ambulate himself and is dependent on oxygen daily.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Mr. Chowdhary suffered from a coma, paralysis from the neck down and chronic obstructive lung disease, severe nerve apathy of extremities and recurrent pneumonia due to his negligent treatment in the Federal Bureau of Prisons. He has since incurred medical bills related to these injuries.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Record custodian and doctors for entities illustrated by attached medical bills for Vijay Chowdhary | (see attached medical bills) 10514 Stonebridge Blvd Boca Raton, FL 33498 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 0.00 | 750,421.36 | 0.00 | 750,421.36 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| x /s/ Vijay Chowdhary | 561-883-3350 | 03/19/2018 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance?   [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   [ ] No

Metropolitan Insurance (Car Insurance)

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   [ ] Yes   [X] No   |   17. If deductible, state amount.

0.00

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

None

19. Do you carry public liability and property damage insurance?   [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   [X] No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14.  Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT.  THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary.  However, failure to supply the requested information or to execute your claim may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

USDC FLSD 245B (Rev. 09/08) - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| VIJAY CHOWDHARY | Case Number - 0:13CR60164-COHN(s)-1 |
| | USM Number: 03621-104 |

Counsel For Defendant: Ralph Behr
Counsel For The United States: Julia Vaglienti
Court Reporter: Pauline Stipes

The defendant pleaded guilty to Count 1 of the Superseding Information.
The defendant is adjudicated guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 18 U.S.C. 371 | Conspiracy to defraud the United States | 7/2/2013 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

Date of Imposition of Sentence:
5/8/2014

JAMES I. COHN
United States District Judge

May 8, 2014

USDC FLSD 245B (Rev. 09/08) - Judgment in a Criminal Case

Page 2 of 6

DEFENDANT: VIJAY CHOWDHARY
CASE NUMBER: 0:13CR60164-COHN(s)-1

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **24 MONTHS.**

The Court makes the following recommendations to the Bureau of Prisons:

THE COURT RECOMMEND THAT THE DEFENDANT BE DESIGNATED TO A FACILITY IN THE SOUTHERN DISTRICT OF FLORIDA.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before 2:00 P.M. on June 23, 2014,** as notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


                                  _____
                                    UNITED STATES MARSHAL

                        By:_____
                                  Deputy U.S. Marshal

USDC FLSD 245B (Rev. 09/08) - Judgment in a Criminal Case

Page 3 of 6

DEFENDANT: VIJAY CHOWDHARY
CASE NUMBER: 0:13CR60164-COHN(s)-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 YEARS**.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1.  the defendant shall not leave the judicial district without the permission of the court or probation officer;
2.  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first fifteen days of each month;
3.  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4.  the defendant shall support his or her dependents and meet other family responsibilities;
5.  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6.  the defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;
7.  the defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8.  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9.  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. the defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;
12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

USDC FLSD 245B (Rev. 09/08) - Judgment in a Criminal Case

Page 4 of 6

DEFENDANT: VIJAY CHOWDHARY
CASE NUMBER: 0:13CR60164-COHN(s)-1

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

**Financial Disclosure Requirement -** The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer.

**Permissible Search -** The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

**Relinquishment of Licensure -** Upon request of the appropriate regulatory agency, the defendant shall relinquish his license to said agency. The defendant is on notice that such relinquishment is permanent and will be considered disciplinary action.

USDC FLSD 245B (Rev. 09/08) - Judgment in a Criminal Case

DEFENDANT: VIJAY CHOWDHARY
CASE NUMBER: 0:13CR60164-COHN(s)-1

## CRIMINAL MONETARY PENALTIES

    The defendant must pay the total criminal monetary penalties under the schedule of payments on the Schedule of Payments sheet.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | $25,000.00 | $ |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

USDC FLSD 245B (Rev. 09/08) - Judgment in a Criminal Case

Page 6 of 6

DEFENDANT: VIJAY CHOWDHARY
CASE NUMBER: 0:13CR60164-COHN(s)-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

      A.  Lump sum payment of **$100.00** due immediately, balance due

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

**The assessment/fine/restitution is payable to the CLERK, UNITED STATES COURTS and is to be addressed to:**

      **U.S. CLERK'S OFFICE**
      **ATTN: FINANCIAL SECTION**
      **400 NORTH MIAMI AVENUE, ROOM 8N09**
      **MIAMI, FLORIDA 33128-7716**

**The assessment/fine/restitution is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.**

The defendant shall forfeit the defendant's interest in the following property to the United States:

**U.S. Currency plus all accrued interest since the date of seizure in the following:**
**1. Approximately $16,294.03 Wells Fargo Bank Account #8914894533**
**2. Approximately $23,560.87 Wells Fargo Bank Account #1090009766231**

The defendant's right, title and interest to the property identified in the preliminary order of forfeiture, which has been entered by the Court and is incorporated by reference herein, is hereby forfeited.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

| Vendor/Bill Collector | Amount | Acct. No. |
|---|---|---|
| Good Samaritan Medical Center | $ 8,590.70 | Patient Reference No.: GSM 069262590 |
| TFPS 183 Tenet Florida Physician Services | $ 3,645.00 | Acct No.: 435192 |
| Joseph L Morse Geriatric Center - Physician Services | $ 1,387.32 | Patient No.: 11374 |
| Joseph L Morse Geriatric Center - Skilled Nursing Facility | $ 41,551.91 | Id No.: 13048-01 |
| Good Samaritan Medical Center / (Emergency Room / HCFS Healthcare Financial Services, LLC | $ 1,864.00 | Acct No.: 51657298-30-3005 |
| Medics Ambulance Service Inc | $ 512.00 | Trip Id: 906-65501754-00 |
| Palm Beach County Fire Rescue | $ 697.50 | Acct No.: 3679033 |
| Nuview Telehealth | $ 2,172.93 | Acct No.: 18777 |
| TOTAL: | $ 60,421.36 | |

**Good Samaritan** Medical Center

Good Samaritan Medical Center
BOX 830913 (Use mail address below)
Birmingham, AL 35283-0913

001908
0202

**CHANGE SERVICE REQUESTED**

#BWNHDKX
#9301700004450013#

VIDAY CHOWDRY
10514 STONEBRIDGE BLVD
BOCA RATON, FL 33498-6451

**STATEMENT**

Page: 1 of 4

May 16, 2016

**VIJAY CHOWDHARY**

| | |
|---|---|
| Patient Reference Number: | 069262590 |
| Hospital Code: | 950 |
| Payment Due Date: | Due Upon Receipt |

| | |
|---|---|
| Date(s) of Service: | 02/03/2016 - 02/15/2016 |
| Message ID: | PFSSTM3 |

Primary Insurance:
MEDICARE - ACUTE

Secondary Insurance:
AMA INSURANCE AGENCY INC

### Thank you for choosing Good Samaritan Medical Center

## Account Summary

Total Charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$119,951.21

Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$110,160.51

Paid by Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . .$0.00

Already Paid by Patient . . . . . . . . . . . . . . . . . . . . . . .$1,200.00

**Amount you owe now** . . . . . . . . . . . . . . . . . . . . . .**$8,590.70**

Page 1
· Account Summary
· Payment Stub
· Phone Number

Page 2
· Important Information
· Payment Options
· How to Reach Us
· Changes to Personal Information

Page 3
· Understanding Your Statement
· Statement Details

Detach and return bottom portion with payment. Please make checks or money orders
payable in U.S. funds to Good Samaritan Medical Center and include your patient reference number.

May 16, 2016

**VIJAY CHOWDHARY**

33350

| | |
|---|---|
| Patient Reference Number: | 069262590 |
| Payment Due Date: | Due Upon Receipt |

Date(s) of Service:    02/03/2016 - 02/15/2016

Phone: Good Samaritan Medical Center (se habla Español)
Customer Service 1-800-346-0775
Monday – Friday 8:30am to 5:00pm

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW

AMOUNT AUTHORIZED / ENCLOSED $

REMIT PAYMENT TO:

| DUE DATE | AMOUNT YOU OWE |
|---|---|
| Due Upon Receipt | $8,590.70 |
| Q0634710 9301700044E001 | 33350 TMXOHO2JM000020 |

GOOD SAMARITAN MEDICAL CENTER
P.O. BOX 741182
ATLANTA, GA 30374-1182

07411.A2  069262590  0008590070  5

STATEMENT:  Page: 3 of 4     **VIJAY CHOWDHARY**

Patient Reference Number: 069262590



Insurance(s)
MEDICARE - ACUTE
AMA INSURANCE AGENCY INC

001809
0102

## *Understanding Your Statement...*

| | |
|---|---|
| A | The services you received during your stay at the Hospital |
| B | Total dollar amount charged by the Hospital for services delivered |
| C | Total statement charges on your account |
| D | The dollar amount reduced due to an insurance contractual adjustment or other discount |
| E | The amount paid by one or more insurance companies to the Hospital on behalf of the patient |
| F | The amount already paid to the Hospital by the patient or their guarantor |
| G | The amount due from the patient as indicated on the provider bill or statement |

653043

| Dates of Activity | Item Description / Activity | Charges |
|---|---|---|
| 02/03/2016 - 02/12/2016 | SPECIAL CARE UNIT | $28,194.10 |
| 02/03/2016 - 02/15/2016 | LABORATORY SERVICES | $9,996.96 |
| 02/03/2016 - 02/03/2016 | EKG SERVICES | $337.13 |
| 02/03/2016 - 02/11/2016 | DIAGNOSTIC/THERAPEUTIC IMAGING | $12,945.27 |
| 02/03/2016 - 02/15/2016 | PHARMACY | $40,807.19 |
| 02/03/2016 - 02/15/2016 | RESPIRATORY THERAPY | $8,397.62 |
| 02/03/2016 - 02/15/2016 | SUPPLIES | $3,413.75 |
| 02/03/2016 - 02/03/2016 | EMERGENCY ROOM | $3,172.83 |
| 02/08/2016 - 02/15/2016 | PHYSICAL MEDICINE & REHAB | $2,458.52 |
| 02/08/2016 - 02/14/2016 | SPEECH THERAPY/REHAB | $1,566.27 |
| 02/13/2016 - 02/14/2016 | ROOM & NURSING CARE | $5,907.26 |
| 02/15/2016 - 02/15/2016 | CARDIAC CATH | $2,754.31 |

| | | |
|---|---|---|
| C | Total Charges | $119,951.21 |
| D | Account Adjustments | $110,160.51 |
| E | Paid by Insurance | $0.00 |
| F | Paid by Patient | $1,200.00 |
| G | Remaining Balance | $8,590.70 |

*Thank you for choosing*
*Good Samaritan Medical Center!*

Amount you owe now . . . . . .$8,590.70

33350*TMX0HO2JM000020

MAKE CHECKS PAYABLE TO

**TFPS 183 TENET FLORIDA PHYSICIAN SERVICES**
PO BOX 100198
ATLANTA, GA 30384-0198

For Questions, Please Call 866-581-4569
**PAGE 1 / 1**

| IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMEX, FILL OUT BELOW. |
| --- |
| CHECK CARD USING FOR PAYMENT |
| ☐ MASTER   ☐ DISCOVER   ☐ VISA   ☐ AMEX |
| CARD NUMBER                  EXP. DATE   * ID CODE |
| NAME ON CARD                 SIGNATURE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NUMBER |
| --- | --- | --- |
| 06/07/16 | $3,645.00 | 435192 |

*LAST THREE DIGITS ON BACK OF CREDIT CARD

SHOW AMOUNT PAID HERE  $

ADDRESSEE

QFO0607A  AUTO  SCH 3-DIGIT 334
7000001530 00.0005.0007 1515/1

VIJAY K CHOWDHARY
10514 STONEBRIDGE BLVD
BOCA RATON FL 33498-6451

TFPS 183 TENET FLORIDA PHYSICIAN SERVICES
PO BOX 100198
ATLANTA GA 30384-0198

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

## STATEMENT

* IDENTIFICATION CODE: LAST THREE DIGITS ON BACK OF MC, DISCOVER, AND VISA. AMEX 4 DIGIT NUMBER PRINTED ABOVE ACCOUNT NUMBER ON THE FACE OF CARD

| DATE | PATIENT | PROVIDER | CPT4 | DESCRIPTION OF SERVICE | CHARGE | RECEIPT FROM INS. | RECEIPT FROM PAT. | ADJUST. | INS. BAL | PAT. BAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 02/03/16 | Vijay | Metcalf | 99223 | HOSPITAL INITIAL EM COMPREHENSIVE/HIGH 70 MINS | $538.00 | $0.00 | | $0.00 | $0.00 | $538.00 |
| 02/04/16 | Vijay | Morgan | 99233 | HOSPITAL SUBSQ EM DETAILED/HIGH 35 MINS | $272.00 | $0.00 | | $0.00 | $0.00 | $272.00 |
| 02/05/16 | Vijay | Morgan | 99233 | HOSPITAL SUBSQ EM DETAILED/HIGH 35 MINS | $272.00 | $0.00 | | $0.00 | $0.00 | $272.00 |
| 02/06/16 | Vijay | Morgan | 99232 | HOSPITAL SUBSQ EM EXP PROB FOCUS/MODERATE 25 MINS | $189.00 | $0.00 | | $0.00 | $0.00 | $189.00 |
| 02/07/16 | Vijay | Morgan | 99232 | HOSPITAL SUBSQ EM EXP PROB FOCUS/MODERATE 25 MINS | $189.00 | $0.00 | | $0.00 | $0.00 | $189.00 |
| 02/08/16 | Vijay | Neues | 99233 | HOSPITAL SUBSQ EM DETAILED/HIGH 35 MINS | $272.00 | $0.00 | | $0.00 | $0.00 | $272.00 |
| 02/09/16 | Vijay | Neues | 99233 | HOSPITAL SUBSQ EM DETAILED/HIGH 35 MINS | $272.00 | $0.00 | | $0.00 | $0.00 | $272.00 |
| 02/10/16 | Vijay | Neues | 99233 | HOSPITAL SUBSQ EM DETAILED/HIGH 35 MINS | $272.00 | $0.00 | | $0.00 | $0.00 | $272.00 |
| 02/11/16 | Vijay | Neues | 99233 | HOSPITAL SUBSQ EM DETAILED/HIGH 35 MINS | $272.00 | $0.00 | | $0.00 | $0.00 | $272.00 |
| 02/12/16 | Vijay | Flannery | 99233 | HOSPITAL SUBSQ EM DETAILED/HIGH 35 MINS | $272.00 | $0.00 | | $0.00 | $0.00 | $272.00 |
| 02/13/16 | Vijay | Flannery | 99233 | HOSPITAL SUBSQ EM DETAILED/HIGH 35 MINS | $272.00 | $0.00 | | $0.00 | $0.00 | $272.00 |
| 02/14/16 | Vijay | Flannery | 99233 | HOSPITAL SUBSQ EM DETAILED/HIGH 35 MINS | $272.00 | $0.00 | | $0.00 | $0.00 | $272.00 |
| 02/15/16 | Vijay | Miller | 99239 | HOSPITAL DISCHG DAY MGMT; MORE THAN 30 MINUTES | $281.00 | $0.00 | | $0.00 | $0.00 | $281.00 |

Thank You For Your Prompt Attention
Your account balance is now overdue and may be referred to collections. Please pay immediately.

| CURRENT | 30-60 DAYS | 60-90 DAYS | 90-120 DAYS | OVER 120 DAYS | TOTAL ACCOUNT BALANCE | DUE FROM PATIENT |
| --- | --- | --- | --- | --- | --- | --- |
| $0.00 | $0.00 | $0.00 | $3,645.00 | $0.00 | $3,645.00 | $3,645.00 |

TFPS 183 TENET FLORIDA PHYSICIAN SERVICES  •  PO BOX 100198  •  ATLANTA, GA 30384-0198

JOSEPH L MORSE GERIATRIC CENTER
4847 FRED GLADSTONE DR
WEST PALM BEACH   FL   334178023
5612825387      5616898718

3a PAT CNTL # 13048
b MED REC # 13048
4 TYPE OF BILL 0212
5 FED TAX NO. S9-2120896
6 STATEMENT COVERS PERIOD FROM 021516  THROUGH 022916

8 PATIENT NAME CHOWDHARY, VIJAY K.
9 PATIENT ADDRESS a 4847 FRED GLADSTONE DRIVE
b WEST PALM BEACH   c FL   d 33417

10 BIRTHDATE 02231945   11 SEX M   12 DATE 021516   13 HR 10   14 TYPE 3   15 SRC 4   17 STAT 30

31 OCCURRENCE CODE 50  DATE 022216   50  022716
35 OCCURRENCE SPAN CODE 70  FROM 020316  THROUGH 021516

39 VALUE CODES a 80  AMOUNT 15 00

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0022 | SNF PPS (RUG) | RUA10 | | 14 | | |
| 0022 | SNF PPS (RUG) | RUB20 | | 1 | | |
| 0120 | ROOM & BOARD - SEMI-PRIVA | 750.00 | | 15 | 11250 00 | |
| 0250 | PHARMACY | | 022916 | 1 | 1766 23 | |
| 0300 | LABORATORY | | 021616 | 1 | 35 48 | |
| 0420 | PHYSICAL THERP | | 022916 | 12 | 2705 00 | |
| 0424 | PHYS THERP/EVAL | | 021616 | 1 | 140 00 | |
| 0430 | OCCUPATION THER | | 022916 | 12 | 2750 00 | |

0001   PAGE 001 OF 001   CREATION DATE 030416   TOTALS   18646 71

50 PAYER NAME MEDICARE   51 HEALTH PLAN ID   52 REL Y   53 ASG Y   55 EST. AMOUNT DUE   56 NPI 1386796217   57 OTHER PRV ID 105801

58 INSURED'S NAME CHOWDHARY, VIJAY K.   59 P.REL 18   60 INSURED'S UNIQUE ID 262986800A

63 TREATMENT AUTHORIZATION CODES
64 DOCUMENT CONTROL NUMBER
65 EMPLOYER NAME

66 DX J189   I10   I4891   J8410   M1990   M6281   R262   R52   F339

69 ADMIT DX J189   70 PATIENT REASON DX

70 ATTENDING NPI 1134101124   QUAL   LAST DHANA   FIRST KARL
77 OPERATING NPI   QUAL   LAST   FIRST
78 OTHER NPI   QUAL   LAST   FIRST
79 OTHER NPI   QUAL   LAST   FIRST

80 REMARKS MEDICARE
81CC a B3 314000000X
b B2 S

NUBC   APPROVED OMB NO.   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

HCFS Healthcare Financial Services, LLC
PLANTATION BILLING CENTER
PO BOX 459077
SUNRISE FL 33345-9077

*DETACH AND RETURN THIS COUPON WITH
THE REVERSE SIDE COMPLETED TO PAY BY
CREDIT CARD, TO PROVIDE INSURANCE
INFORMATION OR FOR CHANGE OF ADDRESS.*

Credit card charges will appear as "Team Health"

Patient
Name: VIJAY CHOWDHARY          AMT DUE: $1,864.00

PHYSICIAN SERVICES RENDERED AT: GOOD SAMARITAN MEDICAL CENTER

51657298-30-3005
CL △ 045860
VIJAY CHOWDHARY
10514 STONEBRIDGE BLVD
BOCA RATON FL 33498-6451

                                                    30
PARAGON CONTRACTING SERVICES, LLC
DEPT: A ☐ B ☐ C ☐ (check one - see reverse)
PO BOX 459077
SUNRISE FL 33345-9077

026000516572989026030415990300590018640083

✂ — — — — ✂ — — — ↑ *Detach Here* ↑ — — — ✂ — — — — ✂

Amount Past Due: $1,864.00                                          4/26/2016

Account Number: 51657298-30-3005
PATIENT NAME: VIJAY CHOWDHARY

Dear Vijay Chowdhary,

We are writing in regard to an overdue balance of $1,864.00 for medical services provided to you at GOOD SAMARITAN MEDICAL CENTER. This is your final notice. In order to avoid having your account placed with a collection agency, please remit balance in full today or call our patient service center.

When paying by check, please be sure to return the bottom coupon in the enclosed envelope.

For your convenience, you may also pay by credit card on our website at http://www.thbillpay.com/, or by telephone by contacting our patient services center at 888-952-6772. You may also mail or fax your credit card payment to us by completing the credit card information box on the reverse side of the top coupon. (FAX: 865-291-3268). To mail: detach the coupon and return it in the enclosed envelope.

Sincerely,
Patient Services

✂ — — — — ✂ — — — ↓ *Detach Here* ↓ — — — ✂ — — — — ✂

## PAYMENT COUPON - RETURN WHEN PAYING BY CHECK OR MONEY ORDER

PATIENT NAME: VIJAY CHOWDHARY     ACCT#: 51657298-30-3005     CHECK#: _____     AMT PAID: _____

PHYSICIAN SERVICES RENDERED AT: GOOD SAMARITAN MEDICAL CENTER

☐ CHECK HERE FOR CHANGE OF ADDRESS

DO NOT STAPLE OR TAPE YOUR CHECK
OR MONEY ORDER TO THIS COUPON

*MAKE CHECKS PAYABLE TO:*

51657298-30-3005
Vijay Chowdhary
10514 Stonebridge Blvd
Boca Raton FL 33498-6451

                                          30
PARAGON CONTRACTING SERVICES, LLC
PO BOX 740022
CINCINNATI OH 45274-0022

026000516572989026030415990300590018640083



**LATE NOTICE**

**MEDICS AMBULANCE SERVICE INC**
50 South Main Street Suite 401
Akron, OH  44308- 1829

| | |
|---|---|
| TRIP # | 906-65501754-00 |
| PATIENT NAME | VIJAY CHOWDHARY |
| DATE OF SERVICE | 02/15/2016 |
| AMOUNT DUE | $512.00 |

DUE DATE  06/07/201

1OZ  3061661  00  00004807  00007663
4807 I AT 0.396
**VIJAY CHOWDHARY**
10514 STONEBRIDGE BLVD          9066550175400
BOCA RATON FL  33498-6451

REMIT PAYMENT TO:

MEDICS AMBULANCE SERVICE INC
PO BOX 402079
ATLANTA, GA 30384-2079

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT OR PROVIDE  CREDIT CARD OR INSURANCE  INFORMATION  ON THE REVERSE SIDE.

7413820009005120000151737100009066550175400060720168

PLEASE VISIT OUR WEBSITE TO PAY YOUR BILL ONLINE AT: **www.myAmbulancepayments.com**

| PATIENT NAME | ACCOUNT NO. | TRIP NO. | INVOICE DATE |
|---|---|---|---|
| VIJAY CHOWDHARY | 001517371-0000 | 906-65501754-00 | 05/23/2016 |

| DATE OF SERVICE | SERVICE FROM | SERVICE TO |
|---|---|---|
| 02/15/2016 | GOOD SAMARITAN HOSPITAL | MORSE LIFE REHAB MAC BLDG |

**IMPORTANT MESSAGES**

We have unsuccessfully attempted to contact you for insurance information and/or payment. Please contact our Customer Service Department to set up payment arrangements by the due date on this invoice. Otherwise, failure to remit payment in full may lead to future collection activity. You may make payment in full at www.MyAmbulancePayments.com.
**Por favor llame a servicio al cliente al que aparece abajo. Gracias**

| CODE | DESCRIPTION | UNITS | UNITS CHARGE | TOTAL CHARGE |
|---|---|---|---|---|
| 1250 | BLS NON EMER BASE | 1 | $410.00 | $410.00 |
| 2250 | BLS MILEAGE | 8 | $9.00 | $72.00 |
| 3001 | OXYGEN 1 | 1 | $30.00 | $30.00 |

| TOTAL CHARGES DUE | $512.00 |
|---|---|

SEE REVERSE SIDE FOR INSURANCE INFORMATION
OR FOR INSTRUCTIONS TO PAY YOUR BILL ONLINE.

Send billing inquiries to: **MEDICS AMBULANCE SERVICE INC**
Toll Free: 1-800-913-9106          50 SOUTH MAIN STREET SUITE 401 • AKRON, OH  44308- 1829
Keep this portion for your records.

A
M
R
0
2
F
L
6

# STATEMENT

| THIS IS A STATEMENT OF SERVICES RENDERED BY PHYSICIAN(S) WHO ARE MEMBERS OF: |
| --- |
| NUVIEW TELEHEALTH<br>PO BOX 743129<br>ATLANTA, GA 30374-3129<br>561-299-3667 |

| PATIENT NAME | | |
| --- | --- | --- |
| VIJAY CHOWDHARY | | |
| BILL DATE | ACCOUNT NO. | AMOUNT PAID |
| 05/16/2016 | 18777 | |

| VIJAY CHOWDHARY |
| --- |
| 10514 STONEBRIDGE BLVD |
| BOCA RATON FL 33498-6451 |

This is a statement for professional services rendered by your physician. You may receive a separate bill from the hospital for its services.

| DATE OF SERVICE | DESCRIPTION OF SERVICE | AMOUNT | | |
| --- | --- | --- | --- | --- |
| 02/05/2016 | Claim:18800, Provider: Joanne Julien, MD | | | |
| 02/05/2016 | 99223 INIT HOSP-HI CPLX | 642.69 | | |
| 02/17/2016 | MEDICARE Payment | | 0.00 | |
| | Your Balance Due On These Services... | | | 642.69 |
| 02/09/2016 | Claim:19101, Provider: Adam Wellikoff, MD | | | |
| 02/09/2016 | 99232 HOSP SUB CARE-MOD CPLX | 227.52 | | |
| 02/18/2016 | MEDICARE Payment | | 0.00 | |
| | Your Balance Due On These Services... | | | 227.52 |
| 02/10/2016 | Claim:19102, Provider: Adam Wellikoff, MD | | | |
| 02/10/2016 | 99232 HOSP SUB CARE-MOD CPLX | 227.52 | | |
| 02/18/2016 | MEDICARE Payment | | 0.00 | |
| | Your Balance Due On These Services... | | | 227.52 |
| 02/11/2016 | Claim:19185, Provider: Joanne Julien, MD | | | |
| 02/11/2016 | 99232 HOSP SUB CARE-MOD CPLX | 227.52 | | |
| 02/22/2016 | MEDICARE Payment | | 0.00 | |
| | Your Balance Due On These Services... | | | 227.52 |
| 02/12/2016 | Claim:19716, Provider: Adam Wellikoff, MD | | | |
| 02/12/2016 | 99232 HOSP SUB CARE-MOD CPLX | 227.52 | | |
| 03/18/2016 | MEDICARE Payment | | 0.00 | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS AMOUNT |
| --- | --- | --- | --- |
| 05/16/2016 | VIJAY CHOWDHARY | 18777 | $2,172.93 |

MAKE CHECK PAYABLE TO : NUVIEW TELEHEALTH

| IMPORTANT MESSAGE REGARDING YOUR ACCOUNT |
| --- |

We are pleased to offer you the option of credit card payment. Please indicate your method below.

Payment Method:    VISA    MASTER CARD    DISCOVER    AMEX    CHECK
Amount:
Credit Card No:    Exp. Date:
Signature:    Date:

May 16, 2016

11:08:03 AM

03-31-'16 13:14 FROM-                                      T-135  P0001/0002 F-107

S

BP-A0714  NOTICE OF RELEASE AND ARRIVAL CDFRM
APR 10

**U.S. DEPARTMENT OF JUSTICE**                            **FEDERAL BUREAU OF PRISONS**

| Inmate Name<br>CHOWDHARY, VIJAY | Reg No: 03821-104<br>FBI No:<br>SSN:<br>(Misc No. ):<br>(Misc No. ): | Institution/Address<br>4EM |
| --- | --- | --- |
| Release Date<br>04-04-2016   @  8:30 AM | Release Method<br>GCT REL | |
| Public Law Days | Supervision to follow release: (If yes, advise inmate of Obligation to Report for Supervision)<br>☒ Yes    Supervision Term:  3 YEARS<br>☐ No     Special Parole Term:<br>☐ N/A | |

### RELEASED TO: (Check One)

| ☐ Community | ☐ Detainer |
| --- | --- |
| Transportation arranged to: | Detaining Agency: |
| Method of transportation: | Agency Address: |
| Date of expected arrival at residence: | |

### SUPERVISION JURISDICTION(S)

| Sentencing District | District of Residence (for relocation cases) |
| --- | --- |
| Chief/Director<br>Supervision/District:<br>Address:<br>Phone:  Reginald D. Michael, Chief<br>Florida Southern Probation Office<br>Wilkie D. Ferguson, Jr. United States<br>Courthouse<br>400 North Miami Avenue 8th floor South<br>Miami, FL 33128<br>305-523-5300 | Chief/Director<br>Supervision/District:<br>Address:<br><br>Phone: |

Address of proposed residence:   *10514 STONEBRIDGE BLVD*
                                  *BOCA RATON, FL 33498*

### DNA STATUS

| DNA Sample Required:<br>☒ Yes  ☐ No | If YES date sample taken:<br>07-14-2014 | DNA Number<br>MOND3142 |
| --- | --- | --- |

**Obligation to Report for Supervision:** If you were sentenced to, or otherwise required to serve, a term of supervision, this term begins immediately upon your discharge from imprisonment, and you are directed to report for supervision within 72 hours. If you are released from a detaining authority, you shall report for supervision within 72 hours after your release by the detaining authority. If you can not report for supervision in the district of your approved residence within 72 hours, you must report to the nearest U.S. Probation Office for instruction. Failure to obey the reporting requirements described above will constitute a violation of release conditions.

Inmate's Signature (file copy only)

*[signature]*

**Distribution:** Inmate Central File (Section 6), Inmate, Chief Supervision Officer in Sentencing District, Chief Supervision Officer in District of Residence, and U.S. Parole Commission (if applicable)

Replaces BP-S714 dtd FEB 02

ISDS Version: 1.6.2d

03-31-'16 13:14 FROM-                                    T-135  P0002/0002 F-107

RRC: OFFICER ASSIGNMENT

RE:    Vijay Chowdary          DATE OF RELEASE FROM RRC: 4/4/16

SD/FL Facts No.:  114012       RELEASED FROM:  Salvation Army

Your case had been assigned to U.S. Probation Officer. Andrea Boone

Phone: 561-804-6898          Please contact this officer within 24 hours of your release from the
RRC.  You are not to report directly to the probation office unless instructed to do so by a probation
officer.
You can also contact your officer via email:

| FT. LAUDERDALE OFFICE | [ ☐ ] | WEST PALM BEACH OFFICE | [ ☒ ] |
|---|---|---|---|
| U.S. Courthouse | | U.S. COURTS | |
| 299 East Broward Boulevard, Room 409 | | 501 S Flagler Drive, Suite 400 | |
| Ft. Lauderdale, FL 33301-1865 | | West Palm Beach, FL 33401-5912 | |
| (954) 769-5500 | | (561) 804-6894 | |
| | | | |
| MIAMI LAKES OFFICE | [ ☐ ] | MIAMI CTHOUSE MAIN OFFICE | [ ☐ ] |
| Miami Lakes Business Park West | | Wilkie D. Ferguson Jr. U.S. Courthouse | |
| 14601 Oak Lane | | 400 North Miami Avenue, 9th FL-North | |
| Miami Lakes, FL 33016 | | Miami, FL 33128 | |
| (305) 512-1800 | | (305) 523-5300 | |
| | | | |
| HOLLYWOOD OFFICE | [ ☐ ] | FT. PIERCE OFFICE | [ ☐ ] |
| 6565 Taft Street | | Alto Lee Adams, Sr., U.S. Courthouse | |
| Suite 300 | | 101 South U.S. Highway 1, Suite 1094 | |
| Hollywood, FL 33024 | | Ft. Pierce, Florida 34950 | |
| (954) 769-5570 | | (772) 467-2360 | |
| | | | |
| KENDALL OFFICE | [ ☐ ] | | |
| Southern Centre | | | |
| 12900 S.W. 128 Street, Suite 200 | | | |
| Miami, FL 33186-6274 | | | |
| (259) 259-1300 | | | |

Offender: _____          Email: _____

Date: _____              Phone: _____

                                           Address: _____

                                           _____

                                           _____

                                           _____



U.S. Department of Justice

Federal Bureau of Prisons

Office of the General Counsel                    Washington, DC 20534

MAR 2 1 2016

MEMORANDUM FOR FRANCISCO J. QUINTANA, WARDEN
               FEDERAL MEDICAL CENTER
               LEXINGTON, KENTUCY

FROM:          Kathleen M. Kenney
               Assistant Director/General Counsel

SUBJECT:       CHOWDHARY, Vijay
               Federal Register No. 03621-104
               Request for Reduction in Sentence

Please be advised that Mr. Chowdhary's request for a reduction
in sentence (RIS) pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and
Program Statement 5050.49, Compassionate Release/Reduction in
Sentence: Procedures for Implementation of 18 U.S.C.
§§ 3582(c)(1)(A) and 4205(g), Section 4(b) ("Elderly Inmates
With Medical Conditions") is denied. We have carefully reviewed
the documentation submitted with this request and have consulted
with the Medical Director, Health Services Division, and the
Assistant Director, Correctional Programs Division.

While Mr. Chowdhary may meet the RIS criteria based on his age,
service of sentence, and medical conditions, he is being denied
because he began serving the home confinement portion of his
sentence on February 12, 2016, and is no longer in a
correctional facility, as indicated in the criteria. Further
consideration of his RIS request is no longer appropriate.

Please provide Mr. Chowdhary with a copy of this decision.

cc: J. F. Caraway, Regional Director, MARO

BP-A0291   FURLOUGH APPLICATION – APPROVAL AND RECORD CDFRM
JAN 11
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate's Name<br><br>CHOWDHARY, Vijay | Register No.<br><br>03621-104 | Institution (address and phone number)<br><br>Federal Medical Center<br>3301 Leestown Road<br>Lexington, KY 40511-8799<br>859-255-6812 |
|---|---|---|

## APPLICATION

| Purpose of Visit:<br><br>Furlough Transfer to an RRC | Sentry Assignment<br><br>Furl Trans | Date/Time of Departure<br><br>2/3/2016 @<br>9:30 a.m. | Date/Time of Return<br><br>N/A |
|---|---|---|---|

Furlough Address (include name of responsible party if applicable):
Salvation Army (CMM 4EM)
1577 North Military Trail
West Palm Beach, FL 33409
Telephone No. (Including Area Code):
561-689-1212

| Point of Contact for Emergency<br><br>FMC Lexington, KY<br>Operations Lieutenant | Method of Transportation<br><br>Taxi/Air/Taxi | Detainer/Pending Charges<br><br>NONE | Verified by (CSM Staff)<br><br>☑ Yes   ☐ No |
|---|---|---|---|

NOTE TO APPLICANT: You are reminded that should any unusual circumstances arise during the period of your visit, you should notify the institution immediately at telephone: 859-255-6812, ext. 5313

## UNDERSTANDING

I understand that if approved, I am authorized to be only in the area of the destination shown above and at ordinary stopovers or points on a direct route to or from that destination. I understand that my furlough only extends the limits of my confinement and that I remain in the custody of the Attorney General of the United States. If I fail to remain within the extended limits of this confinement, it shall be deemed as escape from the custody of the Attorney General, punishable as provided in Section 751 of Title 18, United States Code. I understand that I may be thoroughly searched upon my return to the institution and that I will be held responsible for any item of contraband or illicit material that is found. I have read or had read to me, and I understand that the foregoing conditions govern my furlough, and will abide by them. I have read or had read to me, and I understand the CONDITIONS OF FURLOUGH as set forth on the reverse of this form.

| H. Jewell                          |                                 |
|---|---|
| Secretary                          | Signature of Applicant          |
|     Witness                        |          1/11/16                |
|     Title                          |     Date Signed                 |

## ADMINISTRATIVE ACTION

| Information Verified by | Title |
|---|---|
| Name Of USPO Notified | Date of Notification |
| Does USPO Have Any Objections to Furlough? (If so, explain) | |

## APPROVAL

| Approval for the above named Inmate to leave the Institution on a furlough as outlined is hereby granted in accordance with P.L. 93-209 and the BOP Furlough Program Statement. The period of furlough is from:<br><br>2/3/2016 at 9:30 a.m. to 2/3/2016 at 6:00 p.m. | As CMC, I have reviewed the Request for Activity Clearance (404) and the SENTRY CIM Clearance and Separatee Data and I recommend the inmate be approved to participate in this furlough.<br><br>Clearance Kept<br><br>☑ Yes  ☐ No Signature of CMC |
|---|---|

| Chief Executive Officer (Name & Date) – Approval and signature certifies CIMS Clearance |
|---|
| ☑ Approval |
| ☐ Disapproval        Francisco J. Quintana, Warden        1-13-2016 |
| Reason (s) for disapproval |

## RECORD

| Date/Time Released: | Date/Time Returned: |
|---|---|

Travel Schedule: Depart FMC Lexington, KY, on 2/3/2016 at 9:30 am via Taxi. Depart Lexington Bluegrass Airport terminal at 11:35 pm on flight #719. Transfers/Layovers: Atlanta, GA (2hrs8min). Depart Atlanta Airport Terminal at 3:10 pm on flight 2274. Arrive at West Palm Beach, FL, airport terminal on 2/3/2016 at 5:03 pm. Report to the RRC via Taxi, on 2/3/2016 NO LATER than 6:00 pm.

## Conditions of Furlough

(a) An inmate who violates the conditions of a furlough may be considered an escapee under 18 U.S.C. § 4082 or 18 U.S.C. § 751, and may be subject to criminal prosecution and institution disciplinary action.

(b) A furlough will only be approved if an inmate agrees to the following conditions and understands that, while on furlough, he/she:

   (1) Remains in the legal custody of the U.S. Attorney General, in service of a term of imprisonment;

   (2) Is subject to prosecution for escape if he/she fails to return to the institution at the designated time;

   (3) Is subject to institution disciplinary action, arrest, and criminal prosecution for violating any conditions(s) of the furlough;

   (4) May be thoroughly searched and given a urinalysis, breathalyzer, and other comparable test, during the furlough or upon return to the institution, and must pre-authorize the cost of such test(s) if the inmate or family members are paying the other costs of the furlough. The inmate must pre- authorize all testing fee(s) to be withdrawn directly from his/her inmate deposit fund account;

   (5) Must contact the institution (or United States Probation Officer) in the event of arrest, or any other serious difficulty or illness; and

   (6) Must comply with any other special instructions given by the institution.

   Special Instructions: _____

   It has been determined that consumption of poppy seeds may cause a positive drug test which may result in disciplinary action. As a condition of my participation in community programs, I will not consume any poppy seeds or items containing poppy seeds.

   (Note: Additional conditions may be added to Special Instructions as warranted).

(c) While on furlough, the inmate must not:

   (1) Violate the laws of any jurisdiction (federal, state, or local);

   (2) Leave the area of his/her furlough without permission, except for traveling to the furlough destination, and returning to the institution;

   (3) Purchase, sell, possess, use, consume, or administer any narcotic drugs, marijuana, alcohol, or intoxicants in any form, or frequent any place where such articles are unlawfully sold, dispensed, used, or given away;

   (4) Use medication that is not prescribed and given to the inmate by the institution medical department or a licensed physician;

   (5) Have any medical/dental/surgical/psychiatric treatment without staff's written permission, unless there is an emergency. Upon return to the institution, the inmate must notify institution staff if he/she received any prescribed medication or treatment in the community for an emergency;

   (6) Possess any firearm or other dangerous weapon;

   (7) Get married, sign any legal papers, contracts, loan applications, or conduct any business without staff's written permission;

   (8) Associate with persons having a criminal record or with persons who the inmate knows to be engaged in illegal activities without staff's written permission;

   (9) Drive a motor vehicle without staff's written permission, which can only be obtained if the inmate has proof of a currently valid drivers' license and proof of appropriate insurance; or

   (10) Return from furlough with anything the inmate did not take out with him/her (for example, clothing, jewelry, or Books

I have read, or had read to me, and I understand the above conditions concerning my furlough and agree to abide by them.

Inmate's Signature: _____     Reg. No.:   03621-104   Date: 1/11/16

Signature/Printed Name of Staff Witness:   H. Jewell _____

Record Copy - Inmate Central File; Copy: Control Center, Chief Correctional Services Supervisor, Correctional Systems Department, Inmate Use on Furlough

# EXHIBIT D:

# Letter dated April 20, 2018 denying claim



**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Medical Center
*Consolidated Legal Center*
3301 Leestown Road
Lexington, KY 40511-8799

April 20, 2018

Michael B. Cohen, Esq.
6400 North Andrews Avenue, Ste. 505
Fort Lauderdale, FL  33309

Re:   CHOWDHARY, Vijay
      Reg. No. 03621-104
      Administrative Tort Claim No. TRT-MXR-2018-04048

Mr. Cohen:

This will acknowledge receipt of your administrative claim for your client's alleged personal injury suffered while in custody of the Bureau of Prisons.

In accordance with Title 28, United States Code, Section 2401(b), "A tort claim against the United States shall be forever barred unless it is presented in writing to the appropriate Federal agency within two years after such claim accrues. . ."  In your client's claim, he indicates alleged negligent medical treatment, in August 26, 2014, through April 4, 2016.  Your client arrived to the Federal Medical Center (FMC) Lexington on November 25, 2014, and transferred out of FMC Lexington to the Residential Re-entry Center (RRC) on February 3, 2016.  The underlying claim was not filed and received by the Bureau of Prisons until March 22, 2018.  As such, it appears that the portion of your claim in reference to your client's stay at the FMC Lexington has been filed beyond the two-year statute of limitations.

Additionally, to the extent that your client claims negligence of medical care from February 3, 2016, through the date of his release on April 4, 2016, your client was housed at a contract RRC.  The United States may not be held liable when loss or injury results from the negligence of a contractor or third party.

Accordingly, the claim is denied.  If your client is not satisfied with our determination in this matter, you may file suit in the appropriate U.S. District Court no later than six months from the date of this letter.  Your client may request in writing, that the Bureau reconsider his claim within three months from the date of this letter.  He must include additional evidence to support his request for reconsideration.

Sincerely,

*Carlos J. Martinez*

Matthew W. Mellady
Regional Counsel